Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Monique Whittiker

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| MONIQUE WHITTIKER<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.<br>Defendant. | Case No.: 2:20-cv-03690-SVW-E<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT CAPITAL ONE BANK (USA), N.A.** |

1

STIPULATED REQUEST FOR DISMISSAL

TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

**IT IS HEREBY STIPULATED** by and between Plaintiff Monique Whittiker and Defendant Capital One Bank (USA), N.A., ("Capital One") that Capital One be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

DATED:  July 7, 2020  **Gale, Angelo, Johnson, & Pruett, P.C.**

By: /s/ Joe Angelo
Joe Angelo
Attorneys for Plaintiff
Monique Whittiker

DATED:  July 7, 2020  **Ballard Spahr**

By: /s/ Marcos Sasso
Marcos Sasso
Attorneys for Defendant
Capital One Bank (USA), N.A.