JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| MONIQUE WHITTIKER,<br><br>  Plaintiff,<br><br>  vs.<br><br>CAPITAL ONE BANK (USA), N.A.<br>  Defendant. | Case No.: 2:20-cv-03690-SVW-E<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, Capital One Bank (USA), N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: July 8, 2020

Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE